UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
ANN ARBOR DIVISION

| | |
|---|---|
| BILLIE BEIILFUSS, | ) Case No.: 16-11171 |
| Plaintiff, | ) |
| v. | ) Hon. |
| SYNCHRONY BANK, | ) **Demand for Jury Trial** |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

BILLIE BEILFUSS (Plaintiff), through his attorneys, LAW OFFICES OF RYAN LEE, PLLC alleges the following against SYNCHRONY BANK (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Michigan, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person who resides in Jackson, Michigan.

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a main business office in Connecticut.

7.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8.      In or around January 2015, Defendant began constantly and consistently placing telephone calls to plaintiff in an attempt to collect a debt an alleged debt owed to Walmart Credit Services.

9.      Defendant places telephone calls to Plaintiff on Plaintiff's cellular telephone at 517-812-06XX.

10.     Defendant places telephone calls from numbers including, but not limited to, 330-433-5979.

11.     Based upon the timing and frequency of Plaintiff's calls and per its prior business practices, each collection call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system.

12.     On or around January 13 2016 at 3:12 pm, Plaintiff received a call from Defendant and spoke to Defendant's representative, "Yuri."

13.     During the course of the telephone conversations on or around January 13, 2016, Plaintiff requested that Defendant cease placing calls to his cellular telephone.

14.     Plaintiff revoked any consent, either explicitly or implicitly, to receive automated telephone calls from Defendant on his cellular telephone in or around January 13, 2016.

15.     Despite Plaintiff's request to cease, Defendant placed at least sixty-four (64) calls to Plaintiff in an approximate six-month period between January 13, 2015 and February 26, 2016.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

16. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

17. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

19. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

20. All court costs, witness fees and other fees incurred; and

21. Any other relief that this Honorable Court deems appropriate.

Dated: March 31, 2016         RESPECTFULLY SUBMITTED,

                              LAW OFFICES OF RYAN LEE, PLLC


                          By: /s/ Ryan Lee

                              Ryan Lee
                              Law Offices of Ryan Lee, PLLC.
                              7150 E. Camelback Rd. #444
                              Scottsdale, AZ 85251
                              Tel: 323-524-9500 ext. 1
                              Fax: 323-524-9502
                              ryan@ryanleepllc.com
                              Attorney for Plaintiff

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF MICHIGAN

Plaintiff, BILLIE BEILFUSS states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BILLIE BEILFUSS, hereby declares (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____                    _____
        Date                                                BILLIE BEILFUSS