# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# ANN ARBOR DIVISION

| | |
|---|---|
| BILLIE BEIILFUSS, | ) Case No.: 16-11171 |
| Plaintiff, | ) |
| v. | ) |
| SYNCHRONY BANK, | ) |
| Defendant. | ) |

Defendant.

## NOTICE OF SETTLEMENT

Please take notice that the parties have resolved the above captioned dispute. The parties request that all dates be vacated and to allow for sixty (60) days to file a voluntary dismissal with prejudice.

Dated: June 28, 2016          RESPECTFULLY SUBMITTED,

LAW OFFICES OF RYAN LEE, PLLC

By: /s/ Ryan Lee
  Ryan Lee
  Law Offices of Ryan Lee, PLLC.
  7150 E. Camelback Rd. #444
  Scottsdale, AZ 85251
  Tel: 323-524-9500 ext. 1
  Fax: 323-524-9502
  ryan@ryanleepllc.com
  Attorney for Plaintiff