UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| BILLIE BEIILFUSS, | ) |
| Plaintiff, | ) Case No.: 16-11171 |
| v. | ) Hon. George Caram Steeh |
| SYNCHRONY BANK, | ) |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed as to Synchrony Bank with prejudice and without costs to any party. As permitted by law, the Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

**IT IS SO ORDERED.**

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: August 29, 2016

2

**STIPULATED BY:**

Billie Beilfuss

/s/ Ryan Lee
Ryan Lee
Law Offices of Ryan Lee, PLLC.
7272 E. Indian School Rd. #540
Scottsdale, AZ 85251
Tel: 323-524-9500 ext. 1
Fax: 323-524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff

Synchrony Bank

/s/ Alan J. Taylor
Alan J. Taylor
Segal McCambridge Singer & Mahoney, Ltd.
39475 Thirteen Mile Road, Suite 203
Novi, MI 48377
Tel: 248 994-0060
ataylor@smsm.com
Attorney for Defendant